**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
NORMAN MAURICE ROWE, M.D., M.H.A.,
L.L.C; EAST COAST PLASTIC SURGERY, P.C.,

                Plaintiffs,

    -against-                                    23 **CIVIL** 8512 (LLS)

                                                      **JUDGMENT**

AETNA LIFE INSURANCE COMPANY,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 15, 2025, Aetna's motion to dismiss for failure to state a claim is granted.

**Dated:** New York, New York

      September 16, 2025

                                                                 **TAMMI M. HELLWIG**

                                                                    **Clerk of Court**

                           **BY:**        K. Mango

                                                                    **Deputy Clerk**